■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GEORGE HARRIS, Appellant. [995 NYS2d 500]—An appeal having been taken to this Court by the above-named appellant from a judgment of the Supreme Court, Bronx County (Albert Lorenzo, J.), rendered on or about July 2, 2013, said appeal having been argued by counsel for the respective parties, due deliberation having been had thereon, and finding the sentence not exces-

sive, it is unanimously ordered that the judgment so appealed from be and the same is hereby affirmed. Concur—Gonzalez, P.J., Mazzarelli, Andrias, DeGrasse and Clark, JJ.